# United States Court of Appeals for the Federal Circuit

---

**YC RUBBER CO. (NORTH AMERICA) LLC, SUTONG TIRE RESOURCES, INC., MAYRUN TYRE (HONG KONG) LIMITED, ITG VOMA CORPORATION, KENDA RUBBER (CHINA) CO., LTD.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2021-1489, 2021-1698, 2021-1699, 2021-1700

---

Appeals from the United States Court of International Trade in No. 1:19-cv-00069-MAB, Chief Judge Mark A. Barnett.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 29, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court