UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| YC RUBBER CO. (NORTH AMERICA) LLC, SUTONG TIRE RESOURCES INC., MAYRUN TYRE (HONG KONG) LIMITED, AND ITG VOMA CORPORATION, <br><br> Plaintiffs and Consolidated Plaintiffs, <br><br> and <br><br> KENDA RUBBER (CHINA) CO., LTD. <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 19-00069 |

**ORDER**

Upon consideration of the parties' joint status report, it is hereby

**ORDERED** that:

The final results in the second administrative review of the antidumping duty order covering certain passenger vehicle and light truck tires from the People's Republic of China, ECF No. 24-4, are remanded to Commerce to issue a determination consistent with *YC Rubber Co. (North America) LLC v. United States,* Appeal No. 21-1489 (Fed. Cir. Aug. 29, 2022); and it is further

**ORDERED** that

Commerce must file its remand determination on or before July 31, 2023;

Commerce must file the administrative record on or before August 14, 2023; and

the parties must file a joint status report and proposed briefing schedule for their post-remand comments on or before August 28, 2023.

**SO ORDERED.**

Dated:  February 2, 2023 　　　　　　　　　　　　/s/ Mark A. Barnett
　　　　　New York, New York 　　　　　　　　　　　　　　　　Judge