UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 12

| YC Rubber Co. (North America) LLC et al |
| Plaintiff, |
| v. |
| United States |
| Defendant. |

Court No. 1:19-cv-00069-MAB

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Thomas J. Trendl has been substituted as attorney of record for plaintiff-intervenor in this action in place of Lizbeth R. Levinson of Fox Rothschild LLP.

Dated: 11/4/2024

Kenda Rubber (China) Co., Ltd.
Plaintiff-Intervenor

By: *Robin Pickard, CFO Kenda USA*

* * * * * * * * * *

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Kenda Rubber (China) Co., Ltd., the plaintiff-intervenor herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Thomas J. Trendl.

Dated: 11/4/2024

Thomas J. Trendl
Attorney

1330 Connecticut Ave NW
Street Address

Washington, DC 20036
City, State and Zip Code

By: /s Thomas J. Trendl
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)