UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| YC RUBBER CO. (NORTH AMERICA) LLC AND SUTONG TIRE RESOURCES, INC.,<br><br>    Plaintiffs,<br><br>KENDA RUBBER (CHINA) CO., LTD.,<br><br>    Plaintiff-Intervenor,<br><br>and<br><br>MAYRUN TYRE (HONG KONG) LIMITED AND ITG VOMA CORPORATION,<br><br>    Consolidated-Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Mark A. Barnett, Chief Judge<br>Consol. Court No. 19-00069 |

## ORDER

The court has received Plaintiff-Intervenor's unopposed motion for partial final judgment, ECF No. 123. Rule 54(b) of the U.S. Court of International Trade allows that "[w]hen an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." In determining any just reason for delay, the court considers "whether the concern for avoiding piecemeal litigation is outweighed by considerations favoring immediate entry of judgment." *United States v. Horizon Prods. Int'l, Inc.*,

39 CIT __, __, 91 F. Supp. 3d 1339, 1340 (2015) (citation omitted).  Plaintiff-Intervenor Kenda Rubber (China) Co., Ltd has received a calculated rate as a mandatory respondent in the U.S. Department of Commerce's Final Results of Remand, ECF Nos. 78-1 and 112-1.  That calculated rate is unchallenged and otherwise appears supported by substantial evidence and in accordance with the law.  *See* 19 U.S.C. 1516a(b)(1)(B)(i) (2018).  With no outstanding issues regarding Plaintiff-Intervenor, the court can avoid unnecessary action or delay by entering partial judgment on all claims regarding Plaintiff-Intervenor.  Accordingly, it is hereby **ORDERED** that Plaintiff-Intervenor's motion to enter partial final judgment with respect to Kenda Rubber (China) Co., Ltd. is **GRANTED**.  Partial judgment will enter accordingly.

/s/     Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: November 26, 2024
	New York, New York