UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| YC RUBBER CO. (NORTH AMERICA) LLC AND SUTONG TIRE RESOURCES, INC.,<br><br>Plaintiffs,<br><br>KENDA RUBBER (CHINA) CO., LTD.,<br><br>Plaintiff-Intervenor,<br><br>and<br><br>MAYRUN TYRE (HONG KONG) LIMITED AND ITG VOMA CORPORATION,<br><br>Consolidated-Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Before: Mark A. Barnett, Chief Judge<br>Consol. Court No. 19-00069 |

## **JUDGMENT**

The motion for partial final judgment having been duly submitted, and the court, after due deliberation, having issued an order granting such motion and finding no just reason for delay, now, in conformity with the order granting that motion, it is hereby:

**ORDERED** that, pursuant to Rule 54(b) of the U.S. Court of International Trade, the U.S. Department of Commerce's final results in the second administrative review of the antidumping duty order on certain passenger vehicle and light truck tires from the People's Republic of China for the period of review August 1, 2016, through July 31, 2017, *Certain Passenger Vehicle and Light Truck Tires From the People's Republic of*

Consol. Court No. 19-00069 Page 2

*China*, 84 Fed. Reg. 17,781 (Dep't Commerce Apr. 26, 2019) (final results of antidumping duty admin. rev. and final determination of no shipments; 2016–2017), as amended by each of the Final Results of Redetermination Pursuant to Court Remand, ECF Nos. 78-1 and 112-1, are **SUSTAINED IN PART** with respect to Kenda Rubber (China) Co., Ltd. ("Kenda"); and it is further

    **ORDERED** that the subject entries covered by the statutory injunction docketed at ECF No. 26 (entries of subject merchandise exported by Kenda) must be liquidated in accordance with the final court decision, including all appeals, as provided for in section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).

/s/     Mark A. Barnett  
Mark A. Barnett, Chief Judge

Dated: November 26, 2024  
      New York, New York