

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE

May 21, 2025

Via CM/ECF

    Re*: YC Rubber Co. (North America) LLC, et al. v. United States*
    Consol. Court No. 19-00069

Dear Counsel:

    It is my intention to issue the opinion in the above-captioned case as a redacted public document. The opinion contains confidential information, which is enclosed within double square brackets, in both footnotes and the body text, and will be redacted prior to the issuance of the public opinion. I ask that you please review the opinion and inform the court by May 28, 2025, via ECF, whether any information in this opinion not designated as confidential should be redacted in the public version. Please also state the basis for your belief. Additionally, please review the information the court has designated as confidential and inform the court if such information can be released in the public opinion.

    Very truly yours,

    /s/    Mark A. Barnett
    Mark A. Barnett, Judge

CC: Attorneys in Sealed Group