

NEW YORK
WASHINGTON, DC
MILWAUKEE
LOS ANGELES
HONG KONG

May 23, 2025

**VIA ELECTRONIC FILING**
The Honorable Mark A. Barnett, Chief Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

     Re:    YC Rubber Co. (North America) LLC v. United States
             Consol. Court No. 19-00069, Slip Op. 25-64

Dear Chief Judge Barnett:

     In response to the Court's May 21, 2025, letter, ECF 137, Plaintiffs YC Rubber Co.

(North America) LLC and Sutong Tire Resources, Inc. (collectively, "Plaintiffs") respectfully

advise the Court that they do not believe that there is any additional confidential information

that needs bracketing or redacting in the Court's May 21, 2025, opinion (Slip Op. 25-64), ECF

136.  Plaintiffs have no recommendations for any changes to the bracketing in the opinion.

     Please do not hesitate to contact the undersigned if further clarification is needed.

     Very truly yours,

Jordan C. Kahn