## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

|  |  |
|---|---|
| YC RUBBER CO. (NORTH AMERICA) LLC, SUTONG TIRE RESOURCES, INC., MAYRUN TYRE (HONG KONG) LIMITED, and ITG VOMA CORPORATION, <br><br> Plaintiffs and Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 19-00069 |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs YC Rubber Co. (North America) LLC and Sutong Tire Resources, Inc. appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of International Trade entered in this action, *YC Rubber Co. (North America) LLC*, Consol. Court No. 19-00069-MAB, on March 4, 2026 (ECF No. 160), including (but not limited to) the: (1) Opinion and Order dated June 18, 2024, Slip Op. 24-74 (ECF Nos. 102 & 109); (2) Opinion and Order dated May 21, 2025, Slip Op. 25-64 (ECF Nos. 136 & 142); and (3) Opinion and Order dated March 4, 2026, Slip Op. 26-24 (ECF No. 159). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

*/s/ Jordan C. Kahn*
Ned H. Marshak
Jordan C. Kahn

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

599 Lexington Avenue, 36th Floor
New York, NY  10022
(212) 557-4400
**
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*Counsel to Plaintiffs*
*YC Rubber Co. (North America) LLC*
*and Sutong Tire Resources Inc.*

May 1, 2026

15232914_1