**UNITED STATES COURT OF INTERNATIONAL TRADE**
**NEW YORK, NEW YORK**

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| YC RUBBER CO. (NORTH AMERICA) LLC, SUTONG TIRE RESOURCES INC., MAYRUN TYRE (HONG KONG) LIMITED, and ITG VOMA CORPORATION, <br><br>    Plaintiffs and Consolidated Plaintiffs, <br><br>    v. <br><br>UNITED STATES, <br><br>    Defendant. | Consol. Court No. 19-00069 |

**NOTICE OF APPEAL**

Notice is hereby given that ITG Voma Corporation, Consolidated Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the order and final judgment of the United States Court of International Trade ("CIT") entered in this action, *YC Rubber Co. (North America) LLC et al v. United States*, Ct. No. 19-69, on March 4, 2026 (Slip Op. 26-24) (ECF Nos. 159-160). The March 4, 2026 final order and judgment incorporate aspects of the CIT's rulings with respect to the first and second remand determinations. Slip Op. 24-74 (ECF Nos. 102, 109); Slip Op. 25-64 (ECF Nos. 136, 142).

1

Respectfully submitted,

/s/ Jonathan T. Stoel
Jonathan T. Stoel
Craig A. Lewis
Nicholas R. Sparks

**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-6634
jonathan.stoel@hoganlovells.com

*Counsel to ITG Voma Corporation*

Dated: May 1, 2026