**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE**

-------------------------------------------------------------------- X

YC RUBBER CO. (NORTH AMERICA) LLC AND
SUTONG TIRE RESOURCES, INC.,                          :

     Plaintiffs,                                              :

     and                                                      :

MAYRUN TYRE (HONG KONG) LIMITED AND ITG     :
VOMA CORPORATION,                                         :          **No. 19-cv-00069**

     Consolidated-Plaintiffs,                         :

     v.                                                       :

UNITED STATES,                                            :

     Defendant.                                              :

-------------------------------------------------------------------- X

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that consolidated plaintiff, Mayrun Tyre (Hong Kong) Limited, in the above-captioned action, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered March 4, 2026 with the issuance of Slip Op. 26-24. This appeal will involve issues decided in Slip Op. 25-64, and 24-74 not appealable until the final judgment of March 4, 2026 was entered.

Respectfully submitted,

/s/John M. Peterson
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
NEVILLE PETERSON LLP
*Counsel to YC Rubber Co. (North America) LLC*
One Exchange Plaza
55 Broadway Suite 2602
New York, NY 10006

May 1, 2026